# In the United States Court of Federal Claims

**NOTICE**

**No. 05-559C**

**PURE POWER, INC.**

**v**

**UNITED STATES OF AMERICA**

**Clerk's Office**
**Washington, D.C., May 18, 2005**

To Attorney of Record, Assistant Attorney General and Judge Christine O.C. Miller:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Central District of California (Southern Division - Santa Ana), No. 00-cv-709, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**