ECF ORIGINAL

FILED
ORIGINAL
U.S. COURT OF
FEDERAL CLAIMS

LAW OFFICES OF MICHAEL J. BULEY
MICHAEL J. BULEY, BAR NO. 164249
20271 S.W. Birch St., Suite 100
Newport Beach, California 92660
Telephone: (949) 752-1161 Facsimile (949) 251-0337

Attorney for Plaintiff,
PURE POWER! INCORPORATED

05- 559C

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PURE POWER! INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, a Federal Agency; WILLIAM J. HENDERSON in his capacity as Postmaster General, United States Postal Service<br><br>Defendants. | CASE NO.: SA CV-00~~799~~ 769 GLT (EEX)<br><br>**NOTICE OF RULING RE: ORDER TRANSFERRING CASE TO THE UNITED STATES COURT OF FEDERAL CLAIMS**<br><br>DOCKETED ON CM<br>MAR 22 2005<br>BY 039<br><br>Complaint Filed: July 21, 2000 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY** given that, on November 23, 2004, the Court ordered the above-entitled case to be transferred to the United States Court of Federal Claims. The Clerk for the United States District Court for the Central District of California should transfer the



71

entire case file to the Clerk of the United States Court of Federal Claims for assignment to a Judge of the Court. The Court of Federal Claims is located at 717 Madison Place, N.W. Washington, D.C. 20005 and the clerk's office telephone number is (202) 357-6400 and the telephone number for the Clerk of the Court is (920) 357-6408.

Plaintiff respectfully requests the Clerk of the Central District Court of California to notify all parties once the transfer has been made.

**LAW OFFICES OF MICHAEL J. BULEY**

Dated: March 15, 2005

By: ______________________

MICHAEL J. BULEY
Attorneys for Plaintiff, PURE POWER! INC.

**PROOF OF SERVICE**
**U.S. DISTRICT COURT/CENTRAL DISTRICT**

I am employed in the county of Orange, state of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 20271 S.W. Birch St., #100, Newport Beach, California 92660.

On March 17, 2005, I served the foregoing **NOTICE OF RULING RE: ORDER TRANSFERRING CASE TO THE UNITED STATES COURT OF FEDERAL CLAIMS,** on the interested party in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed follows:

Vince Farhat
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

X **(MAIL CCP §1013, 2015.5)**, I caused the above-mentioned items to be sent via U.S. Mail on the above-parties.

_____**(PERSONAL SERVICE CCP §1011)**, I caused the above-mentioned items to be personally served on the above-listed parties.

X **(FACSIMILE SERVICE CCP §1013, 21015.5) (Cal. Rules of Court, rule 2008(e))**, I caused the above-mentioned items to be served via facsimile on the above-listed parties.

_____**(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

//

//

__XX__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2005, at Newport Beach, California.

[signature]
Debbie Zentil