IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PURE POWER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-559C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David B. Stinson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID B. STINSON
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/ David B. Stinson

DAVID B. STINSON
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice

Tele: (202) 307-0163
Fax: (202) 514-8624

July 1, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of July 2005, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Michael J. Buley
Micheal J. Buley Law Offices
20271 SW Birch Street
Suite 100
Newport Beach CA 92660

s/ David B. Stinson
DAVID B. STINSON