IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PURE POWER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-559C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 days, to and including September 28, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed August 15, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of plaintiff’s complaint, defendant promptly sent to the United States Postal Service ("Postal Service") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] While counsel for defendant has begun the process of

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after

preparing a draft response to plaintiff's complaint, additional time is necessary for the Postal Service to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

Specifically, this case involves extensive litigation in both Federal circuit and district courts, and, accordingly, requires the review of previous filings and related documents, as well as review of additional documents concerning plaintiff's complaint filed in this Court. Additional time is needed for agency counsel to review this documentation as it pertains to the allegations contained in the complaint. Once this process is complete, additional time is necessary for agency counsel to prepare the requested litigation report and suggested response to the complaint, and to deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the agency, and prepare and file the Government's response to the complaint.

---

receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

CHRISTOPHER J. BURTON
United States Postal Service
Washington, D.C.

AUGUST 5, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 5th day of AUGUST 2005, I caused to be sent VIA United States mail (first-class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Michael J. Buley
Michael J. Buley Law Offices
20271 SW Birch Street
Suite 100
Newport Beach, CA 92660

s/ David B. Stinson