# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PURE POWER, INC., | ) | No. 05-559C |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Michael J. Buley, Esq., Bar No. 164249
Law Offices of Michael J. Buley
20271 S. W. Birch Street, Suite 100
Newport Beach, California 92660
Telephone: (949) 752-1161
Facsimile: (949) 251-0337

Attorney for PURE POWER, INC.

Plaintiff respectfully requests an enlargement of time of 21 days, to and including November 18, 2005, within which to file its response to defendant's 12(b)(1) Motion to Dismiss. Plaintiff's response is currently due to be filed on October 28, 2005. Counsel for defendant has informed me that defendant does not oppose this request for an enlargement of time for this purpose.

Plaintiff's counsel is newly admitted to practice before this Court and was unfamiliar with the Court's electronic filing, service, and notice procedures. Defendant's counsel timely filed its RCFC 12(b)(1) motion on September 28, 2005. However, plaintiff's counsel was awaiting a hard copy which was never served. Upon contacting defendant's counsel, on or about October 4, 2005, plaintiff learned the motion had been electronically filed and served on September 28, 2005. Thereafter, plaintiff's office had difficulty accessing its PACER account and did not actually receive a copy of defendant's motion until on or about October 7, 2005.

Further, plaintiff's counsel is a sole practitioner and is presently engaged in a complex litigation as plaintiff's attorney in a construction defect case. Trial on the matter is set for January 6, 2006 and, as the last round of court-supervised settlement discussions failed, all parties are engaging in extensive discovery, including the scheduling and taking of approximately 30 depositions over the next eight weeks.

Defendant's opposition is, in effect, a summary judgment motion which requires plaintiff to review extensive documents and other materials in order to properly respond. As such, this opposition is more involved than a typical motion. A brief enlargement of time is respectfully requested in order to accommodate plaintiff counsel's schedule.

For the above-stated reasons, plaintiff respectfully requests that the Court grant it is unopposed motion for an enlargement of time.

Respectfully submitted.

**LAW OFFICES OF MICHAEL J. BULEY**

Dated: October 24, 2005

By: ______________________

Michael J. Buley, Esq.
Law Offices of Michael J. Buley
20271 S. W. Birch Street, Suite 100
Newport Beach, California 92660
Telephone: (949) 752-1161
Facsimile: (949) 251-0337

Attorney for PURE POWER, INC.