IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PURE POWER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-559C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including December 19, 2005, within which to file its reply brief. Defendant's reply brief currently is due to be filed December 5, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Counsel for defendant is in the process of completing a draft of the Government's reply brief. Counsel for defendant has requested additional information from agency counsel regarding an allegation contained in plaintiff's response to our motion to dismiss. Agency counsel is in the process of locating that additional information and contacting other agency employees regarding the request for information. Additional time is necessary before agency counsel will be in a position to provide the information to counsel for defendant.

Once the additional information is provided to counsel for defendant, additional time is necessary for defendant's counsel

to review the information, incorporate it into the Government's draft reply brief, and submit the draft reply brief for review by Department of Justice officials.

In these circumstances, the requested enlargement of time is reasonable, and is necessary to allow sufficient time for counsel of record to prepare a thorough, responsive reply brief that will be of greatest benefit to the Court in resolving this matter.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

CHRISTOPHER J. BURTON
United States Postal Service
Washington, D.C.

NOVEMBER 30, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 30, 2005, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON