# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PURE POWER, INC.,** *

Plaintiff, *

v. * No. 05-559C

**THE UNITED STATES,** * (Filed Jan. 3, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant with its reply submitted two new declarations. Plaintiff may file a sur-reply by January 15, 2006, to address the new material.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge