# In the United States Court of Federal Claims

**No. 05-559 C**

**PURE POWER, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed February 10, 2006, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

**February 13, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.